UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REVCON, INC.
**Plaintiff**

-v-

ALARON TRADING CORP.
**Defendant**

Case No. 08 CV 1303
ECF CASE / RMB

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ALARON TRADING CORP (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N/A

Date: Feb. 8, 2008

Signature of Attorney: Martha Brown

Attorney Bar Code: MB 3693

Form Rule7_1.pdf