# BROSIUS TRASK LLP

MARTHA J. BROSIUS
MATTHEW P. TRASK

THE GRAYBAR BUILDING
420 LEXINGTON AVENUE, SUITE 2800
NEW YORK, NEW YORK 10170

212.661.0065
212.661.0601 FAX

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-15-08

DIRECT EMAIL:
MBROSIUS@BROSIUSTRASK.COM

**MEMO ENDORSED** February 13, 2008


P2

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007


RECEIVED
FEB 14 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

    RE:    Revcon, Inc. v. Alaron Trading Corp.
             Case No.: 08 cv 01303 (MB3693)
             ECF Case: RMB

Dear Judge Berman:

The undersigned represents Alaron Trading Corporation ("ALARON"), Defendant, in the above-referenced action removed from Supreme Court, New York County to Federal Court on February 8, 2008. Enclosed, is a courtesy copy of the documents filed with both the Federal and State Courts and those being served upon the Plaintiff.

Plaintiff's claim alleges, *inter alia*, that the ALARON engaged in intentional and malicious conduct arising out of specific trade executions in Plaintiff's option/commodities account held with ALARON.

It appears that although a corporation, Plaintiff is representing itself *pro se*. After a telephone call with your Honor's Courtroom this morning it has come to the attention of the Court that Plaintiff must be represented by counsel prior to proceeding any further in this action. It is Defendant's intention to file a Motion to Dismiss and/or a Motion to Change Venue, as soon as practicable after the Pre-Motion Conference, based on the forum selection clause agreed to by the parties designating

February 13, 2008
Page 2

a (any) tribunal in Chicago, Illinois as the situs of the dispute resolution forum by whether arbitration, litigation or otherwise.

As such, ALARON respectfully requests that the Court stay the F.R.C.P 81(c)(2)(C) requirement that a Motion to Change Venue be filed within five(5) days of the filing of the Notice of Removal and schedule the Pre-Motion Conference as soon as possible.

Respectfully,

Martha Brosius

Attorneys for the Defendant

By: Martha J. Brosius, *Of Counsel* (MB3696)
BROSIUS TRASK LLP
420 Lexington Avenue, Suite 2800
New York, New York 10170
(212) 661-0065

SHENWICK & ASSOCIATES
655 Third Avenue, 20th Floor
New York, New York 10017
(212) 541-6224

HORWOOD MARCUS & BERK CHARTERED
180 North LaSalle Street, Suite 3700
Chicago, Illinois 60601

> Pl may not appear pro se (if it is a corporation) or else it will violate Court rules. Counsel needs to appear for both sides on 2/29/08 @ 9:30. Def. to send this order to Pl.
>
> SO ORDERED
> Date: 2/15/08
> Richard M. Berman, U.S.D.J.

B|T