# BROSIUS TRASK LLP

MARTHA J. BROSIUS
MATTHEW P. TRASK

THE GRAYBAR BUILDING
420 LEXINGTON AVENUE, SUITE 2800
NEW YORK, NEW YORK 10170

212.661.0065
212.661.0601 FAX

DIRECT EMAIL:
MBROSIUS@BROSIUSTRASK.COM

**MEMO ENDORSED**

ʳ✓

February 27, 2008

VIA FACSIMILE (212) 805-6717
Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007



RE:  Revcon, Inc. v. Alaron Trading Corp.
     Case No.: 08 cv 01303 (MB3693)
     ECF Case: RMB

Dear Judge Berman:

The undersigned represents Alaron Trading Corporation ("ALARON"), Defendant, in the above-referenced action removed from Supreme Court to Federal Court. There is a scheduled appearance before Your Honor on Friday, February 29, 2008 at 9:30am. It appears after a conversation this evening with Plaintiff that an issue reviewed this afternoon with your Law Secretary has just been resolved and no clarification from the Court is necessary.

On a separate issue, although the undersigned will be present in court for the scheduled hearing, we respectfully request permission for Chicago counsel, to attend the Court hearing, via telephone, as Defendant intends to file a Motion to Dismiss/Motion to Change Venue pursuant to a



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/08

February 27, 2008
Page 2

forum selection clause in the contract signed by both parties.

>  *Application Granted.*
>  *Counsel to arrange.*
>
>  SO ORDERED
>  Date: 2/28/08   /s/ Richard M. Berman
>  Richard M. Berman, U.S.D.J.

Respectfully,

/s/ Martha Brosius

Attorneys for the Defendant

By:  Martha J. Brosius, *Of Counsel* (MB3696)
BROSIUS TRASK LLP
420 Lexington Avenue, Suite 2800
New York, New York 10170
(212) 661-0065

SHENWICK & ASSOCIATES
655 Third Avenue, 20th Floor
New York, New York 10017
(212) 541-6224

HORWOOD MARCUS & BERK CHARTERED
180 North LaSalle Street, Suite 3700
Chicago, Illinois 60601

cc: Gregory Papadopoulous
Revcon, Inc.
Plaintiff, pro se
800 5th Avenue
New York, NY 10005
(917) 754-7979
*Via facsimile* (646) 478-7869

B|T