UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
REVCON,

      Plaintiff,    : 08 Civ. 1303 (RMB)

  -against-      : **ORDER OF DISCONTINUANCE**

ALARON TRADING CORP,

      Defendant.  :
------------------------------------------------------------X

  Based on plaintiff's failure to prosecute and appear with counsel for a scheduled conference, it is hereby

  **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued, provided, however, that by March 31, 2008, Plaintiff, by counsel, may apply by letter showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED**.

Dated: New York, New York
    March 21, 2008

                     _____
                     Richard M. Berman, U.S.D.J.