AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

FOR THE SOUTHERN    DISTRICT OF    NEW YORK

REVCON, INC.,

          Plaintiff,

**APPEARANCE**

-against-

Case Number: 08 Civ. 1303 (RMB)

ALARON TRADING CORP.

          Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Revcon, Inc., plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/31/2008 | [signature] |
| Date | Signature |
| Jeffrey S. Eisenberg | JE-1430 |
| Print Name | Bar Number |
| 401 Broadway, Suite 810 | |
| Address | |
| New York, NY 10013 | |
| City    State | Zip Code |
| (212) 219-3041 | (212) 966-1801 |
| Phone Number | Fax Number |