**MEMO ENDORSED**

**JEFFREY S. EISENBERG**
ATTORNEY AT LAW
401 BROADWAY
NEW YORK, NEW YORK 10013

TELEPHONE
(212) 219-3041

FAX
(212) 966-1801

~~March 31, 2008~~

Conference with all counsel on 4/1/08 @ 9:30 A.M. All current orders are continued pending a conference, including dismissal.

SO ORDERED.
Date: 3/31/08
Richard M. Berman
**Richard M. Berman, U.S.D.J.**

Hon. Richard M. Berman
U.S. Federal Court, Southern District
500 Pearl Street
New York, NY 10007

Re: Revcon, Inc. v. Absolute Corp.
08 Civ. 1303 (RMB)

Dear Judge Berman:

I have just been retained to represent Revcon, Inc., the plaintiff in the above-referenced action. I am filing a Notice of Appearance with the Clerk of the Court.

In your Order dated March 21, 2008, this case was dismissed as the corporate plaintiff had not appeared by counsel. The Order gave until today for this matter to be resolved. As this issue is presently resolved, I respectfully request on behalf of the plaintiff that the case be restored.

Please advise if anything further is required in this regard. Counsel for defendant has been served with notice of this application by copy of this letter.

Respectfully,

Jeffrey S. Eisenberg (JE-1430)

cc: Martha J. Brosius, Esq.

Enclosure
JSE:sr

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-31-08