# BROSIUS TRASK LLP

MARTHA J. BROSIUS
MATTHEW P. TRASK

THE GRAYBAR BUILDING
420 LEXINGTON AVENUE, SUITE 2800
NEW YORK, NEW YORK 10170

212.661.0065
212.661.0601 FAX

DIRECT EMAIL:
MBROSIUS@BROSIUSTRASK.COM


APR 25 2008

**MEMO ENDORSED**

April 25, 2008

<u>VIA FACSIMILE (212) 805-6717</u>
Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 4-25-08

      RE:    Revcon, Inc. v. Alaron Trading Corp.
              Case No.: 08 cv 01303 (MB3693)
              ECF Case: RMB

Dear Judge Berman:

      The undersigned represents Alaron Trading Corporation ("ALARON"), Defendant, in the above-referenced action. There is an appearance scheduled before the Court on Monday, April 28, 2008 at 9:00am. All parties and counsel for the above-referenced matter have agreed to a change of venue from the Southern District of New York to the Eastern Division of Illinois.

      As the original executed copy of the Stipulation will not be available for delivery to the Court until early next week the undersigned respectfully requests an adjournment of the appearance until such time.

Respectfully,

*Martha Brosius*

Martha J. Brosius (MB 3693)
SHENWICK & ASSOCIATES
Attorneys for Defendant
ALARON TRADING CORP.
655 Third Avenue, 20th Floor
New York, New York 10017
(212) 541-6224

**CONFERENCE IS VACATED.**

SO ORDERED:
Date: 4/25/08
*Richard M. Berman*
Richard M. Berman, U.S.D.J.

April 25, 2008
Page 2

             Horwood Marcus & Berk Chartered
             Attorneys for Defendant
             180 North LaSalle Street, Suite 3700
             Chicago, IL 60601
             Hal J. Wood (*Pro Hac Vice* Application to be filed)
             Stavros S. Giannoulias
             (*Pro Hac Vice* Application to be filed)

cc: Jeffrey S. Eisenberg (JE 1430)
   Attorney for Plaintiff
   REVCON, INC.
   401 Broadway, Suite 810
   New York, New York 10013

B|T