UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

REVCON, INC.,

        Plaintiff,

v.

ALARON TRADING CORP,

        Defendant.
_____X

STIPULATION
TO CHANGE VENUE

08 Civ. 1303 (RBM)

**MEMO ENDORSED**

    IT IS HEREBY AGREED, by the undersigned the attorneys of record for Plaintiff and Defendant that the parties in the above-entitled action consent to a change of venue from the United States District Court, Southern District of New York, to the United States District Court, Eastern Division of Illinois as the Court has the reinstated this matter to the calendar. Notice of pending court dates in the Eastern Division of Illinois shall be served upon counsel of record.

Dated   New York, New York
         April 25, 2008

_____
Jeffrey S. Eisenberg (JE 1430)
Attorney for Plaintiff
REVCON, INC.
401 Broadway, Suite 810
New York, New York 10013
(212) 219-3041

_____
Martha J. Brosius (MB 3693)
SHENWICK & ASSOCIATES
Attorneys for Defendant
ALARON TRADING CORP.
655 Third Avenue, 20th Floor
New York, New York 10017
(212) 541-6224

Horwood Marcus & Berk Chartered
Attorneys for Defendant
180 North LaSalle Street, Suite 3700
Chicago, IL 60601
Hal J. Wood (*Pro Hac Vice* Application to be filed)
Stavros S. Giannoulias
(*Pro Hac Vice* Application to be filed)

Clerk is requested to transfer + then close this case

So Ordered
_____
RMB
Richard M. Berman, U.S.D.J.
5/6/08